IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF MISSISSIPPI

GREENVILLE DIVISION

EZELL LANDRUM                                                                  PLAINTIFF

VS.                                                   CIVIL ACTION NO.: 4:13-cv-180-JMV

DELTA REGIONAL MEDICAL CENTER                              DEFENDANT

### FINAL JUDGMENT

Consistent with the Memorandum Opinions and Orders entered herein,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that judgment is hereby entered in favor of the Defendant on all of Plaintiff's claims, and the case is **DISMISSED** with prejudice, the parties to bear their own costs.

This, the 6th day of March, 2015.

/s/     Jane M. Virden
U. S. Magistrate Judge